No. 326, Misc.   O'LOUGHLIN v. PARKER, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMISSION.   Motion for leave to file a second petition for rehearing denied.

JUNE 14, 1948.

No. 320.   LINCOLN ELECTRIC CO. v. FORRESTAL, SECRETARY OF NATIONAL DEFENSE, ET AL.

*Per Curiam:* The judgment is affirmed. *Lichter* v. *United States, Pownall* v. *United States,* and *Alexander Wool Combing Co.* v. *United States, ante,* p. 742, decided this day.   MR. JUSTICE BURTON took no part in the consideration or decision of this case.   *Ashley M. Van Duzer, Thomas V. Koykka* and *Charles Effinger Smoot* for appellant.   *Solicitor General Perlman* for appellees.

No. 490.   YARBROUGH, EXECUTOR, ET AL. v. OKLAHOMA TAX COMMISSION.   Appeal from the Supreme Court of Oklahoma.   Judgment affirmed per stipulation of counsel to abide decision in *West* v. *Oklahoma Tax Comm'n, ante,* p. 717.   *Frank T. McCoy, John R. Pearson* and *Frank Mahan* for appellants.   *C. W. King* for appellee.

No. 491, Misc.   SMITH v. HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.   Motion for leave to file petition for writ of habeas corpus also denied.